UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00090 |
| | ) | |
| JAMAL COOPER, ET AL. | ) | |

## SEALED ORDER

Pending before the Court is the Government's Motion to Seal Superseding Indictment. Through the Motion, the Government seeks to seal the Superseding Indictment in this case as the Defendants have not yet been arrested.

The Motion is GRANTED, and the Superseding Indictment is ordered sealed, pending further order of the Court, except that a copy of the Superseding Indictment: (a) may be provided by the Government to the Defendant or the Defendant's counsel after the Defendant is arrested; and (b) shall be provided by the Clerk's Office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Superseding Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE