UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:14-cr-00090 |
| v. | ) | |
| | ) | |
| [1] JAMAL COOPER | ) | |
| a/k/a Jamal Jordan | ) | |
| a/k/a J | ) | |
| a/k/a Mal | ) | |
| [2] LONALD ECTOR | ) | |
| a/k/a J.R. | ) | |
| [3] ROBERT GONZALES | ) | |
| [4] D'RON ROBINSON | ) | |
| a/k/a St. Louis | ) | |
| [5] KARON KEY JORDAN | ) | |
| [6] JASMOND FOSTER | ) | |
| a/k/a/ Jazz | ) | |
| [7] WILLIAM EARL FOSTER, JR. | ) | |
| a/k/a/ Buck | ) | |
| [8] DONQUEZ GROVES | ) | |
| a/k/a Lewis Palmer | ) | |
| a/k/a/ Little Donnie | ) | |
| [9] WILTON BAILEY | ) | |
| a/k/a/ Willy Will | ) | |
| [10] CLIFFORD WOODS | ) | |
| a/k/a Wimpy | ) | |
| [11] TOMMY E. SMITH | ) | |
| [12] SHETEEKA BRYANT | ) | |
| [13] ERIC WILLIAMS | ) | |
| a/k/a/ E | ) | |
| [14] ROBERT FOXX | ) | |
| a/k/a D-Tay | ) | |
| a/k/a/ Johnny | ) | |
| | | |
| [15] DARNELL FINNELS | ) | |
| a/k/a/ Ski | ) | |

|  |  |
|---|---|
| a/k/a/ Skeezy | ) |
| [16] SHAWNA CAROLINE FOSTER | ) |
| [17] JERRY RAY COCHRAN | ) |
| a/k/a J Ray | ) |
| [18] WILLIAM KIMBROUGH III | ) |
| a/k/a/ Trey | ) |
| [19] WALLACE EARL COFFEY | ) |
| a/k/a Nephew | ) |
| a/k/a Beck | ) |
| [20] WALLACE BECKWITH | ) |
| a/k/a/ Duke | ) |
| [21] THOMAS BARNETT | ) |
| a/k/a Ham | ) |
| a/k/a Hambone | ) |
| [22] ROBERT NOEL | ) |
| a/k/a Kamp Trey | ) |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Superseding Indictment and Arrest Warrants filed in this matter be unsealed by the Court.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

MATTHIAS D. ONDERAK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

It is so ordered:

_____
JOHN S. BRYANT
U.S. MAGRISTRATE JUDGE