UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:14-00090-3 |
| | ) | JUDGE CAMPBELL |
| ROBERT GONZALES | ) | |

ORDER

Pending before the Court is the United States Appeal From Release of Detention (Docket No. 154). In the Appeal, the Government "requests the Court stay any order entered by the Magistrate Court in the Central District of California releasing the defendant pending a de novo review of the record of the detention hearing." (Docket No. 154, p. 8). The request for a stay of the order by the Magistrate Judge in the Central District of California is DENIED for the reasons set forth herein.

The Government represents in its Appeal that on June 27, 2014 the Defendant had a detention hearing and the "Magistrate Judge then released the defendant with conditions" and "stayed her order until Tuesday, July 1, 2014, at 5:00 p.m. Pacific Standard Time." (Docket No. 154, p. 2). The Government asks the Court to stay the order of the Magistrate Judge pending appeal.

The Government has not provided the Court with the order of the Magistrate Judge releasing the Defendant that the Government wants this Court to stay. The Court is unwilling to stay an order that it has not reviewed, and cannot review, since it has not been provided to the Court. Accordingly, the request of the Government to stay the order releasing the Defendant is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE