UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090-3 |
| | ) | JUDGE CAMPBELL |
| ROBERT GONZALES | ) | |

ORDER

The Clerk of Court is ordered to transmit the detention Order (Docket No. 168) to the United States District Court for the Central District of California for the case of <u>United States v. Robert Gonzales</u>, Docket No. 2:14-mj-01320. The Clerk of Court is also ordered to serve a copy of the detention Order on all counsel of record in this case in this District and in the Central District of California.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE