UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA       )
                                       )
v.                                     )         No. 3:14-00090
                                       )         JUDGE CAMPBELL
ROBERT GONZALES              )

<u>ORDER</u>

Pending before the Court is the Defendant's Motion For Extension Of Deadline To File Reply (Docket No. 188). Through the Motion, the Defendant requests that the Court extend the deadline for filing of briefs and supporting materials for 10 days, and during that time, permit the Defendant to be released.

The Motion is GRANTED in part, and DENIED in part. The deadline for filing briefs and supporting materials regarding the appeal is extended to July 15, 2014. The request for release is denied. As stated in a prior Order (Docket No. 168), there is nothing in the record of this Court to indicate why the presumption of detention was rebutted or why the conditions of release are satisfactory to address the risk of flight and danger to the community. 18 U.S.C. § 3142.

It is so ORDERED.


_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE