UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| JAMAL COOPER et al. | ) | |

ORDER

Defendant Jamal Cooper was set for trial on July 29, 2014 (see Docket No. 13) prior to the Superseding Indictment that included new Defendants.

By July 22, 2014, Defendant Cooper shall file a written notice if he intends to go to trial on the scheduled date.

Pending before the Court is Defendant Wallace Beckwith's Motion to Enlarge Time Within Which to File Pretrial Motions (Docket No. 222). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to August 30, 2014 for ALL Defendants BUT Defendant Cooper, who has an earlier trial date.

The Government is ordered to forthwith produce any outstanding discovery.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE